IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HUI JIN CHEN, aka Jenny,<br><br>Defendant. | No. CR 10-0565 JSW (EDL)<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |

**STIPULATION**

Defense counsel avers that Hui Jin Chen, the defendant, has physical custody of her minor son and of the three minor children of her sister, a co-defendant in this case who is in custody. Ms. Chen has been released under conditions that include electronic monitoring with significant restrictions on her movement. In order to allow her to provide for the care of the children, including transporting them to school, the parties agree that the bond conditions should be modified as follows: "The defendant may leave home, with the prior approval of Pretrial Services, to provide for the care of the children in her custody, including school transportation."

Defense counsel further avers that the U.S. Pretrial Services Office has been informed of and has no objection to the proposed modification of conditions.

//

//

//

STIP & ORDER MODIFYING CONDITIONS OF RELEASE
*United States v. Hui Jin Chen*
CR 10-0565 JSW                                             - 1 -

1  It is so stipulated.

2

3  DATED: 8/5/10                    ____/s/_____
                                    RONALD C. TYLER
                                    Assistant Federal Public Defender
4                                   Counsel for Hui Jin Chen

5

6
   DATED: 8/5/10                    ____/s/_____
7                                   DEBORAH R. DOUGLAS
                                    Assistant United States Attorney
8

9
                                   **ORDER**
10
        GOOD CAUSE APPEARING, the defendant's conditions of release are modified as follows:
11
   The defendant may leave home, with the prior approval of Pretrial Services, to provide for the care
12
   of the children in her custody, including school transportation. In all other respects, this Court's
13
   previous order setting conditions of release remains in full force and effect.
14
        IT IS SO ORDERED.
15

16

17

18  DATED:  August 5, 2010          _____
                                    ELIZA...
19                                  UNITED... Judge Elizabeth D. Laporte JUDGE

20

21

22

23

24

25

26

STIP & ORDER MODIFYING CONDITIONS OF RELEASE
*United States v. Hui Jin Chen*
CR 10-0565 JSW                       - 2 -