IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0565 JSW (EDL) |
| ) Plaintiff, ) | |
| ) | STIPULATION AND |
| vs. ) | [PROPOSED] ORDER MODIFYING |
| ) | CONDITIONS OF RELEASE |
| HUI JIN CHEN, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

Defense counsel avers that the defendant has physical custody of the three minor children of her sister, an incarcerated co-defendant, as well as custody of her own son. In order to facilitate her care and support of the children, the parties agree to modify her conditions of pretrial release. The previous electronic monitoring condition is modified as follows:

The defendant shall comply with the following curfew: 10 p.m. to 6 a.m. The defendant shall be subject to electronic monitoring. The defendant may leave home during non-curfew hours.

All other previously-imposed release conditions shall remain in full force and effect.

Defense counsel further avers that the U.S. Pretrial Services Office has been informed of and has no objection to the proposed modification of conditions.

//

//

STIP & ORDER MODIFYING CONDITIONS OF RELEASE
*United States v. Hui Jin Chen*
CR 10-0565 JSW (EDL)                - 1 -

1  It is so stipulated.

2

3  DATED: 9/24/2010                    ____/s/_____
                                        RONALD C. TYLER
4                                       Assistant Federal Public Defender
                                        Counsel for Hui Jin Chen
5

6

7  DATED: 9/24/2010                    ____/s/_____
                                        DEBORAH R. DOUGLAS
8                                       Assistant United States Attorney

9                                          **ORDER**

10     GOOD CAUSE APPEARING, the defendant's conditions of release are modified as follows:

11  The defendant shall comply with the following curfew: 10 p.m. to 6 a.m. The defendant shall be

12  subject to electronic monitoring. The defendant may leave home during non-curfew hours. In all

13  other respects, this Court's previous orders setting conditions of release remain in full force and

14  effect.

15     IT IS SO ORDERED.

16  DATED:   September 24, 2010         _Elizabeth D. Laporte_____
17                                       ELIZABETH D. LAPORTE
                                         UNITED STATES MAGISTRATE JUDGE

STIP & ORDER MODIFYING CONDITIONS OF RELEASE
*United States v. Hui Jin Chen*
CR 10-0565 JSW (EDL)                          - 2 -