United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>XIU JING YE AND KAN WEN CHONG,<br><br>　　　　Defendant.<br>——————————————————— / | No. C10-00565 CRB<br><br>**ORDER CLARIFYING MINUTE ORDER ISSUED ON NOVEMBER 7, 2014** |

The Court is in receipt of the government's Motion Seeking Clarification of Minute Order Issued on November 7, 2014 (dkt. 573). To clarify: as the Court's minutes pertained only to defendants Xiu Jing Ye and Kan Wen Chong, the statement that "conspiracy count is dismissed" in those minutes (dkt. 560) pertained only to defendants Xiu Jing Ye and Kan Wen Chong.

**IT IS SO ORDERED.**

Dated: January 16, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE