1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5056
7     FAX: (408) 535-5061
      E-Mail: Susan.Knight@usdoj.gov
8
   Attorneys for United States of America
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,    )   CR No. 10-00565-1 CRB
14                                      )
      Plaintiff,                  )   STIPULATION AND [~~PROPOSED~~] ORDER
15                                        )   REQUESTING ARRAIGNMENT DATE
      v.                             )
16                                        )
   HUI JIN CHEN,                     )
17                                      )
      Defendant.                )
18                                      )
                                      )
19

20       The undersigned parties request that the above-captioned case be scheduled for an arraignment

21 on a Superseding Information on Tuesday, February 7, 2017 at 9:30 a.m.  The defendant will require the

22 services of a Mandarin interpreter.  She will be entering a guilty plea pursuant to a plea agreement on

23 Wednesday, February 8, 2017 before Judge Charles Breyer.

24 //

25 //

26 //

27 //

28 //

STIPULATION AND [~~PROPOSED~~] ORDER
CR 10-00565-1 CRB

1  SO STIPULATED.

2  DATED: February 3, 2017                    BRIAN J. STRETCH
                                              United States Attorney
3

4                                             /s/
                                              SUSAN KNIGHT
5                                             Assistant United States Attorney

6

7  DATED: February 3, 2017

8                                             /s/
                                              ERIN M. CRANE
                                              Counsel for Ms. Chen
9

10                                  ORDER

11      Accordingly, for good cause shown, the Court HEREBY ORDERS that an arraignment on a

12 Superseding Information shall be scheduled for Tuesday, February 7, 2017 at 9:30 a.m.

13 SO ORDERED.

14

15 DATED:   02/03/2017

16                                    HONORABLE ~~SALLIE KIM~~ LAUREL BEELER
                                      United States Magistrate Judge

STIPULATION AND ~~[PROPOSED]~~ ORDER
CR 10-00565-1 CRB